1 | Name: **Ruben Galvan** ADC# **202016**
Arizona State Prison Complex **KAIBAB**
2 | P.O. Box **2100** Unit **4C 223**
**South Hwy 87**, AZ **86047**
3 | **WINSLOW**
*In Propia Persona*
4 |

FILED
FEB 21 2020
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

IN THE **Judical** COURT OF THE STATE OF **CALIFORNIA**
IN AND FOR THE COUNTY OF **SOUTHERN DISTRICT**
**CALIFORNIA / EL CENTRO**

**Ruben Galvan 6423.4298**
PETITIONER

vs.

**Southern District CA**
RESPONDENT

CITATION NUMBER **17CR02591-WQH-1**

MOTION TO QUASH WARRANTS AND/OR FINES; OR IN THE ALTERNATE, SENTENCE IN ABSENTIA TO CONCURRENT TERM **OR SENTENCE TO HALFWAY HOUSE**

COMES NOW, **Ruben Galvan**, *in propia persona*, the Petitioner herein, and moves this honorable Court to grant a motion to quash warrants for the following reasons;

1. That Petitioner, **RUBEN GALVAN**, has warrants on the listed citation: **17CR02591-WQH-1**

2. That Petitioner, **RUBEN GALVAN** is presently incarcerated and serving a **1.5** year prison sentence.

3. Petitioner remains indigent and without any source of income or funds which to pay any outstanding warrants or fines.

4. Because of the significant change in circumstances, Petitioner respectfully requests that any or all charges and/or fines be dismissed, or entered as a concurrent jail term *in absentia*.

5. Upon final disposition in the above entitled matter, Defendant would very much appreciate being informed by the Court in writing any such disposition.

WHEREFORE, the Petitioner asks that this honorable Court grant his motion to quash outstanding warrants and/or fines, or in the alternative sentence him to a concurrent jail term.

Respectfully submitted this 21 day of December, 2019

Ruben Galva    FED NUMBER  64334298
Signature of Petitioner

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.



Arizona Department of Corrections

# Sentence Calculation Worksheet

Page 1 of 1

| Name | | Location | WINSLOW, WINSLOW KAIBAB Web ADC# |
|---|---|---|---|
| | RUBEN GALVAN | | |

## Sentence Worksheet: Commitment Count B3

| | | | | Intake Audit Status | VERIFIED BY TIME COMP 01/09/2020 | |
|---|---|---|---|---|---|---|
| Ruling Status | | Final Ruling | Status | Active | Offense Date | 05/22/2017 |
| Case Number/CRE | | 201800290 | Sentence Gap Days | 0 Days | Escape + Abscond Days | 0 Days | Custody Gap Days | 0 Days |

### Sentence Release Date Summary

| | ACIS Calculated Value | | | | |
|---|---|---|---|---|---|
| Date Sentenced | 07/02/2019 | | Community Supervision Begin Date | Ineligible |
| Jail Credits | 105 Credits | | Community Supervision Term | 60-0 Y, 2 M, 0 D |
| Sentence Begin Date | 3/19/2019 | | Community Supervision End Date | 09/26/2026 |
| Term Imposed Days | 547 Days - 1 Y, 6 M, 0 D | | Earned Release Credit Date | 07/30/2020 |
| Sentence Expiration Date | 9/16/2020 | | | |
| Flat Time to Complete | 199 Days - 0 Y, 6 M, 17 D | | | |
| Temporary Release Days | Denied | | | |

### Earned Credit and Class III information

| Earned Credit Information | ACIS Calculated Value | | Class III Information | ACIS |
|---|---|---|---|---|
| | B3 | ALL | Days on Class III | 0 Days |
| Projected Release Credits | 63 | 69 | - Recissions | 0 Days |
| Released Credits to be Earned | 34 | 47 | = Available for Recission | 0 Days |
| Earned Release Credits to Date | 29 | 22 | Time Not Earned from Class III | 0 Days |
| - Forfeitures | 15 | 0 | | |
| + Restorations | 0 | 0 | | |
| = Available for Forfeiture | 14 | 22 | | |
| Not Eligible for Restoration | 0 | | | |
| Pending Mandatory Forfeitures | 0 | | | |

Generated: 01-13-2020 09:53

DEAR JUDGE HAYES

First let me start by apologizing for my actions. I am not making any excuses for my wrong doing. I blame no one but myself I was in the wrong state of mind I have been incarcerated for at least 8 months now and have 8 more months to go I would ask by any way if my state time could be run concurrent or given time serve and be sentence to a half-way house. With my 1.5 time could that be credident for my voilation. Been clean and sober for 8 months now its been not good since I have no Finicial help I missed my Daughters Quincenenia I want not to miss out no more of her life events I only have one child she is graduating from high school soon I wish to be there with her I've missed some events but want to spend what she has left before she leaves to collage. Like I said I only have 1 child your Honor. If you can help me by accepting this plea of time serve would be Appreciated. Thank you or half way House please. Robert Colon Jr

FED # 64334298

INMATE MAIL: ARIZONA DEPARTMENT OF CORRECTIONS
Inmate: Ruben Galvan
ADC # 202016
Arizona State Prison Complex: KAIBAB
Unit: 4C 223
P.O. Box 2100 South HWY 87
City: WINSLOW  AZ 86047

MCC FEDERAL COURT
JUDGE HAYES
333 W Broadway #420
SAN DIEGO, CA 92101

PHOENIX AZ 852
30 JAN 2020 PM 9 L